## Milleman Will.

Argued March 20, 1964. Before BELL, C. J., MUS-MANNO, JONES, COHEN, EAGEN; O'BRIEN and ROBERTS, JJ.

*Elizabeth Bailey,* with her *James C. Tallant,* for appellant.

*James M. Arensberg,* with him *Carl W. Brueck, Jr., Ernest Vesely, Frank Bolte,* and *Brueck, Walker & Brueck,* and *Patterson, Crawford, Arensberg & Dunn,* and *McMonigle & Vesely,* for appellees.

OPINION PER CURIAM, July 1, 1964:

The Decree is affirmed on the Opinion of President Judge HUGH C. BOYLE, which is reported in 33 Pa. D. & C. 2d 602. Appellant to pay the costs.